IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 10-752 |
| JOSEPH BROCK | : | |

## **ORDER**

AND NOW, this 18th day of November, 2022, upon consideration of Defendant Joseph Brock's Pro Se Motion for Sentence Reduction under 18 U.S.C.§ 3582(c)(1)(A) (Document No. 38) and the Government's Response in Opposition, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.